# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 10-144 |
| | ) |
| LEWIS WHOOLERY, | ) |
| | ) |
| Defendant, | ) |

## VERDICT

1.  As to count one (charge of wire fraud conspiracy) the Jury finds the defendant, LEWIS WHOOLERY:

    Not Guilty _____    Guilty _X_

## Members of the Jury

1. _Jocelyn M. Robison_ #118
2. _Cheryl U. Steele_ #114
3. _Stephen Benjamin_ #130
4. _[signature]_ #84
5. _Edward J Piller_ #84
6. _Lori Long_ #112
7. _[signature]_ #95
8. _Jasmine Watters_ #139
9. _[signature]_ #111
10. _Kimberly Wherry_ #80
11. _Myra Lyles_ #88
12. _Steve Krumholz_ #93

Date: 1/29/2013